IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD RASHEED,

       Plaintiff,                    No. CIV S-09-3430 EFB P

   vs.

J WALKER, et al.

       Defendants.       <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

     28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

////

////

1

1  Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state

2  a claim upon which relief may be granted.[1]

3      Plaintiff does not claim that he is under imminent danger of serious physical injury, and

4  therefore he may not proceed in forma pauperis in this action. *Andrews v. Cervantes*, 493 F.3d

5  1047, 1053 (9th Cir. 2007). Plaintiff has thirty days to pay the $350.00 filing fee in full or this

6  action will be dismissed.

7      Accordingly, it is ORDERED that:

8      1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in

9  this action; and

10      2. Within 30 days of the date of this order, plaintiff shall pay the $350.00 filing fee in

11  full or this action will be dismissed without prejudice.

12  Dated: January 7, 2011.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE

---

[1] Among the dismissals that count as strikes under 1915(g) are case numbers 3:06-cv-05992-SI Smith v. Holm (N.D. Cal.) (dismissed 01/22/2007 for failure to state a claim); 1:07-cv-00509-LJO-SMS Smith v. Scribner (E.D. Cal.) (dismissed 05/04/2007 for frivolousness, maliciousness, and failure to state a claim); 1:06-cv-00310-AWI-NEW (DLB) PC (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim); and 1:07-cv-00531-AWI-SMS Smith v. Social Sec. Admin. Office, Employees (E.D. Cal.) (dismissed 05/09/2007 for failure to state a claim).