IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD RASHEED,

     Plaintiff,                    No. CIV S-09-3430 EFB P

   vs.

J. WALKER, et al.,

     Defendants.          <u>ORDER</u>

                            /

       On March 15, 2011, the court ordered that this action be dismissed, as plaintiff was ineligible to proceed in forma pauperis and did not pay the filing fee. Judgment was entered accordingly. Notwithstanding that judgment closing this case, on April 4, 2011, plaintiff filed a document styled "Motion for injunctive relief and preliminary injunctive relief," claiming that the warden has placed him in close proximity to his enemies; that he has been denied access to the law library, dental treatment, religious books and oils, his right to hire an attorney of his choice, his money in his prison account, and his right to canteen and packages; and that a prison official refuses to adjust his points and has placed him at the wrong level prison.

       The document appears to be an amended complaint. As plaintiff is not eligible to proceed in forma pauperis and did not pay the filing fee in this case, and judgment has been entered in this case, it is not proper for him to file an amended complaint in this action.

1

1    If plaintiff is in imminent danger of serious physical injury, he may file a complaint and a
2 motion for preliminary injunction in a *new* case containing only allegations relating to the risk of
3 serious physical injury.  *See* 28 U.S.C. § 1915(g).
4    The court will issue no response to future filings by plaintiff in this action not authorized
5 by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
6    So ordered.
7 Dated:  April 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE